UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-12 GARY PORTER,

        Defendant.

CRIMINAL NO. 21-20354

HON. PAUL D. BORMAN

## Defendant's Acknowledgment of Indictment

I, Gary Porter, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count One – RICO Conspiracy, 18 U.S.C. § 1962(d)

Up to life imprisonment; a $250,000 fine, or both, up to 5 years' supervised release.

### Count Four – Conspiracy to Distribute Controlled Substances, 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)

At least 10 years, and up to life imprisonment; a $10,000,000 fine; at least 5 years' supervised release.

### Enhanced Penalty Notice

I have also been informed and understand that I may be subject to an increased maximum sentence up to and including life imprisonment, an increased mandatory

minimum sentence, and an increased maximum fine, pursuant to 21 U.S.C. § 841(b)(1) and 18 U.S.C. § 1962(d), if any, and/or quantities of controlled substances involved in the alleged offense.

I also understand that the court may impose consecutive sentences on any count.

*Gary Porter (w/consent)*
Gary Porter, Defendant

### Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 6-8-21

Counsel for Defendant